THE HOCKING VALLEY RAILWAY COMPANY, Respondent,
*v.* JULIA A. BARBOUR et al., as Executors of WILLIAM
BARBOUR, Deceased, Appellants.

*Indemnity bond — when complaint in action to recover upon a bond
executed by defendants' testator and agreeing to indemnify plaintiff for
liability arising from its failure to perform a certain contract, states a
cause of action.*

Hocking Valley Ry. Co. v. Barbour, 192 App. Div. 654, affirmed.

(Argued January 12, 1921; decided February 1, 1921.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered July 2, 1920, which affirmed an order
of Special Term denying a motion by defendant for
judgment on the pleadings.  The complaint alleged that
the plaintiff in the year 1912 owned about 2,500 gondola
coal cars.  It sold to the Central Locomotive and Car
Works 2,100 of said cars.  It was left with about 350 or
400 cars.  Thereafter it sold to one Wardwell 300 of the
cars which were left after the sale to the Central Loco-
motive and Car Works.  There was a dispute between
the plaintiff and Wardwell as to when the 300 cars were
to be delivered, the plaintiff refusing to deliver them at
the times claimed by Wardwell to be specified in the con-
tract, and Wardwell brought an action in Illinois to recover
damages for a breach of the contract.  This action was
brought upon the 2d day of April, 1913.  Upon the 3d day
of April, 1913, plaintiff made a contract to sell these cars
to the Central Locomotive and Car Works and a bond
was executed by the defendants' testator indemnifying
the Hocking Valley Railway Company from all damages,
costs and expenses in any action so claimed by Wardwell
against it for failure to deliver the 300 cars contracted
to be delivered to Wardwell.  Plaintiff duly notified the
Central Locomotive and Car Works and William Barbour
of the institution of the suits brought by Wardwell and
duly paid the judgment recovered therein by Wardwell,
as well as various other sums incurred in the defense
of said suits, and demanded judgment for the amount
thereof.

The following question was certified: " Does the complaint herein state facts sufficient to constitute a cause of action?"

*John H. Corwin* for appellants.

*James H. Purdy, Jr.,* and *A. Von Bernuth* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.